UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

YUDIF GLIK, ADMINISTRATOR,

    Plaintiff,

v.

INOTEK CORPORATION,

    Defendant.

Civil Action No. 05-10360 GAO

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Defendant Inotek Pharmaceuticals Corporation ("Inotek") (which is inaccurately named in the Complaint), by its undersigned counsel, states as follows:

1. Inotek has no parent corporations.

2. There is no publicly held company that owns ten percent or more of Inotek's stock.

    Respectfully submitted,

    INOTEK PHARMACEUTICALS
    CORPORATION

    By its attorneys,

    _/s/ Wilfred J. Benoit, Jr._____
    Wilfred J. Benoit, Jr. (BBO #126320)
    Christopher B. Kaczmarek (BBO #647085)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109
    Tel: (617) 570-1000

Dated: February 24, 2005

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 24, 2005, a true and correct copy of the *Corporate Disclosure Statement* was served by hand upon the following:

> Robert O. Berger, Esq.
> 11 Beacon Street
> Suite 1210
> Boston, Massachusetts 02108

_____
Christopher B. Kaczmarek