LAW OFFICES OF

# ROBERT O. BERGER

11 BEACON STREET, SUITE 1210
BOSTON, MASSACHUSETTS 02108
TEL (617) 423-7575
FAX (617) 275-8000
ROBERGER.ATTY@VERIZON.NET

July 5, 2005

Paul S. Lyness, Deputy Clerk
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  *Yudif Glik, Administrator*
v.   *Inotek Pharmaceuticals Corporation*
     United States District Court for the District of Massachusetts
     Civil Action #: 05-10360-GAO

Dear Mr. Lyness:

Please refer this case to the mediation programs.

Sincerely,

Robert O. Berger, Esq.

ROB/cjk
cc: Christopher B. Kacamarek, Esq.
    Yudif Glik