UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

YUDIF GLIK, ADMINISTRATOR,

        Plaintiff,

v.

INOTEK CORPORATION,

        Defendant.

Civil Action No.  05-10360-GAO

## JOINT STATEMENT

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(D),

Plaintiff Yudif Glik and Defendant Inotek Pharmaceuticals Corporation, which is misnamed in

the Complaint, submit this Joint Statement.

1.    Proposed Discovery Schedule

    The parties propose the following schedule for completion of discovery:

    (a)    All Plaintiff's expert disclosures pursuant to Rule 26(a)(2) shall be made by November 7, 2005.

    (b)    All Defendant's expert disclosures pursuant to Rule 26(a)(2) shall be made by December 5, 2005.

    (c)    Service of all discovery requests and deposition notices shall be made by January 3, 2005.

    (d)    All discovery shall be completed by March 6, 2006.

2.    Length of Depositions

    (a)    Pursuant to Rule 30(d)(2) the parties agree that all depositions shall be limited to ten hours. The parties reserve the right to request modification of this limitation by the Court.

3.    Proposed Schedule for Dispositive Motions

    (a)    All dispositive motions shall be filed by May 8, 2006.

    (b)    Oppositions to dispositive motions shall be filed by June 5, 2006.

    (c)    Replies to oppositions to dispositive motions shall be filed by June 26, 2006.

The final pretrial conference will be scheduled on September 5, 2006, unless dispositive motions remain outstanding

4.    Local Rule 16.1(D) Certifications

Certifications required under Local Rule 16.1(D)(3) will be filed by the parties.


Respectfully submitted,

YUDIF GLIK, ADMINISTRATOR

INOTEK PHARMACEUTICALS CORPORATION

By her attorney,

By its attorneys,

Robert O. Berger (BBO No. 038900)
11 Beacon Street
Suite 1210
Boston, MA 02108
Tel: (617) 423-7575

Wilfred J. Benoit, Jr. (BBO No. 126320)
Christopher B. Kaczmarek (BBO No. 647085)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Tel:  (617) 570-1000

Dated:   July 21, 2005