UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUDIF GLIK, ADMINISTRATOR,<br><br>    Plaintiff,<br><br>v.<br><br>INOTEK CORPORATION,<br><br>    Defendant. | Civil Action No. 05-10360-GAO |

**CERTIFICATION OF DEFENDANT
PURSUANT TO RULE 16.1(D)**

Pursuant to Local Rule 16.1(D), defendant Inotek Pharmaceuticals Corporation ("Inotek"), which is misnamed in the Complaint, and its attorneys hereby certify that they have conferred regarding the budget for the present litigation and have discussed the availability of alternative dispute resolution.

Respectfully submitted,

INOTEK PHARMACEUTICALS
CORPORATION

By its attorneys,

_____
Wilfred J. Benoit, Jr. (BBO No. 126320)
Christopher B. Kaczmarek (BBO No. 647085)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1000

Dated: July 21, 2005

LIBB/1358548.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2005, a true and correct copy of the *Certification of Defendant Pursuant to Local Rule 16.1(D)* was served by mail upon the following:

>Robert O. Berger, Esq.
>11 Beacon Street
>Suite 1210
>Boston, Massachusetts 02108

_____
Christopher B. Kaczmarek