UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10360-GAO

)
YUDIF GLIK, )
   Plaintiff, )
)
v. )
)
INOTEK PHARMACEUTICALS )
CORPORATION, )
   Defendant. )
)

## CERTIFICATE

The plaintiff is an individual, who resides in Essex County, Massachusetts, and she has been advised regarding a budget and alternative means of resolution of the case.

Respectfully submitted,

*/s/ Robert O. Berger*
Robert O. Berger, Esq.
11 Beacon Street, Suite 1210
Boston, MA 02108
(617) 423-7575
BBO #: 038900
Attorney for Plaintiff

*/s/ Yudif Glik*
Yudif Glik, Plaintiff