UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YUDIF GLIK
          Plaintiff(s)

V.

INOTEK PHARMACEUTICALS CORPORATION
          Defendant(s)

CIVIL ACTION

NO. 05-10360-GAO

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE O'TOOLE

SWARTWOOD, C.M.J.

On October 14, 2005 I held the following ADR proceeding:

    ____ EARLY NEUTRAL EVALUATION     X  MEDIATION
    ____ MINI-TRIAL                            ____ SUMMARY JURY TRIAL
    ____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were present in person or by authorized corporate officer [except _____].

The case was:

[ ]    Settled. Your clerk should enter a ___ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

October 14, 2005
DATE

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
UNITED STATES CHIEF MAGISTRATE JUDGE

(adrrpt. - 01/96)                                                 [adrrpt.]