UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10360-GAO

|   |   |
|---|---|
| YUDIF GLIK, Plaintiff individually and As Admin. Of Estate of Michael Glik<br><br>v.<br><br>INOTEK PHARMACEUTICALS CORPORATION, Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO AMEND COMPLAINT

This is the first motion to amend the complaint. Under Fed. R. Civ. P. 15, the Court is to permit amendments freely. In this case, the amendments conform to the evidence. Even more, the amendment responds to the defendant's motion to remove by adding a federal pension, health and welfare claim. The defendant removed the case to federal court from Essex Superior Court, alleging that the case involves federal law, particularly the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA").

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 11/2/05
*[signature] Robert O. B*
and that there was a Conference call about it on said date.

*[signature] Robert O. B*
Robert O. Berger (BBO No. 038900)
11 Beacon Street, Suite 1210
Boston, MA 02108
(617) 423 -7575 Tel
(617) 275-8000 Fax
Attorney for Plaintiff

1