UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUDIF GLIK,<br>    Plaintiff Individually and as Admin.<br>    of Estate of Michael Glik,<br><br>v.<br><br>INOTEK PHARMACEUTICALS<br>CORPORATION,<br>    Defendant. | CIVIL ACTION NO.: 05-10360-GAO |

## RULE 7.1 CERTIFICATE

On November 2, 2005, Robert O. Berger, attorney for plaintiff, telephoned attorney for defendant and left a message to call him if he opposed amendment of the complaint.

On November 8, 2005, Robert O. Berger, attorney for plaintiff, actually spoke to said attorney and apparently now indicated that a conference as contemplated by Rule 7.1 took place.

Date: November 9, 2005

/s/ Robert O. Berger
Robert O. Berger (BBO #: 038900)
11 Beacon Street, Suite 1210
Boston, MA 02108
(617) 423 -7575 Tel
(617) 275-8000 Fax
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this date upon Wilfred J. Benoit, Jr., Esq. of Goodwin Procter, LLP at Exchange Place, 53 State Street, Boston, MA 02109 by first class mail, postage prepaid.

Date: November 9, 2005

/s/ Robert O. Berger