UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

YUDIF GLIK, ADMINISTRATOR,

        Plaintiff,

v.

INOTEK CORPORATION,

        Defendant.

Civil Action No. 05-10360-GAO

## ASSENTED TO MOTION FOR CONTINUANCE OF STATUS CONFERENCE

Defendant Inotek Pharmaceuticals Corporation moves that the status conference in this action, currently scheduled for 2:00 p.m. on November 21, 2005, be rescheduled. The reason for this motion is that Inotek's counsel, Wilfred J. Benoit, Jr., has a mediation scheduled for November 21 in the case of *Tracy Gee v. Fidelity Investments a/k/a FMR Corp.*, Suffolk Superior Court Civil Action No. 05-0750-E.

Both counsel for Inotek and for the Plaintiff are available on December 6, December 12 and December 20 and request that the status conference be rescheduled to one of those dates if convenient for the Court.

| ASSENTED TO: | Respectfully submitted, |
|---|---|
| YUDIF GLIK, ADMINISTRATOR | INOTEK PHARMACEUTICALS CORPORATION |
| By her attorney, | By its attorneys, |
| /s/ Robert O. Berger | /s/ Wilfred J. Benoit, Jr. |
| Robert O. Berger (BBO No. 038900)<br>11 Beacon Street<br>Suite 1210<br>Boston, MA 02108<br>Tel: (617) 423-7575 | Wilfred J. Benoit, Jr. (BBO No. 126320)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA  02109<br>Tel:  (617) 570-1000 |

Dated:   November 14, 2005

LIBB/1384469.1