UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUDIF GLIK, ADMINISTRATOR,<br><br>              Plaintiff,<br><br>v.<br><br>INOTEK CORPORATION,<br><br>              Defendant. | Civil Action No.  05-10360-GAO |

## NOTICE OF APPEARANCE OF ANNE M. GAETA

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Anne M. Gaeta on behalf of Defendant Inotek Corporation in the above-referenced matter.

Dated:  December 2, 2005

Respectfully submitted,

INOTEK PHARMACEUTICALS
CORPORATION

By its attorneys,

/s/ Anne M. Gaeta
Wilfred J. Benoit, Jr. (BBO No. 126320)
Christopher B. Kaczmarek (BBO No. 647085)
Anne M. Gaeta (BBO No. 643299)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA   02109
(617) 570-1000

LIBB/1388370.1