UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUDIF GLIK, ADMINISTRATOR,<br><br>            Plaintiff,<br><br>v.<br><br>INOTEK CORPORATION,<br><br>            Defendant. | Civil Action No.  05-10360-GAO |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF CHRISTOPHER B. KACZMAREK

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Christopher B. Kaczmarek on behalf of Defendant Inotek Corporation in the above-referenced matter. Wilfred J. Benoit, Jr. and Anne M. Gaeta of Goodwin Procter LLP shall continue their appearance as counsel of record for Inotek Corporation.

Dated:   December 2, 2005

Respectfully submitted,

INOTEK PHARMACEUTICALS
CORPORATION

By its attorneys,

/s/ Wilfred J, Benoit, Jr.
Wilfred J. Benoit, Jr. (BBO No. 126320)
Anne M. Gaeta (BBO No. 643299)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA   02109
(617) 570-1000

LIBB/1388545.1