UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUDIF GLIK, ADMINISTRATOR,<br><br>    Plaintiff,<br><br>v.<br><br>INOTEK CORPORATION,<br><br>    Defendant. | Civil Action No. 05-10360-GAO |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

  Defendant Inotek Pharmaceuticals Corporation ("Inotek"), which is misnamed in the Complaint, hereby opposes Plaintiff Yudif Glik's Motion to Compel the Production of the First Request For the Production of Documents (the "Motion to Compel"), for the following reasons:

1. Plaintiff failed to comply with Local Rule 37.1 of the United States District Court for the District of Massachusetts. Rule 37.1(A) requires that: "Before filing any discovery motion … counsel for each of the parties shall confer in good faith to narrow the areas of disagreement to the greatest possible extent. It shall be the responsibility of counsel for the moving party to arrange for the conference." *Id.*

2. Plaintiff never made any effort to contact Defendant's counsel concerning this discovery dispute. After receiving Defendant's counsel's November 18, 2005 letter concerning Plaintiff's discovery requests, Plaintiff filed this Motion without conferring or attempting to confer with Defendant's counsel. Moreover, Plaintiff fails to provide a Rule 37.1 certification with this Motion. Accordingly, the Motion to Compel is not properly before the Court. Affidavit of Wilfred J. Benoit, Jr. ("Benoit Aff.") at ¶ 4 (attached as Exhibit 1).

3. Additionally, as is described in Defendant's counsel's November 18, 2005 letter (attached as Exhibit 1 to the Motion to Compel), Defendant need not respond to Plaintiff's discovery requests because Plaintiff failed to serve Defendant with her Rule 26(a)(1) initial disclosures.

4.  On July 21, 2005, the parties submitted a joint statement including a proposed discovery schedule to the Court. Defendant served Plaintiff with its initial disclosures on July 29, 2005. Plaintiff never served Defendant with her initial disclosures. Benoit Aff. at ¶¶ 1, 2.

5.  Local Rule 26.2 provides that "before a party may initiate discovery, that party must provide to other parties disclosure of the information and materials called for by Fed. R. Civ. P. 26(a)(1) [initial disclosures]." As Plaintiff failed to provide Defendant with her initial disclosures, Plaintiff may not initiate discovery.

6.  Finally, Plaintiff served Defendant with her request for production of documents by regular mail on November 9, 2005. Benoit Aff. at ¶ 3. Accordingly, even if Plaintiff were able to initiate discovery without complying with her initial disclosure obligations, Defendant's responses would not be due until December 12, 2005.

7.  For the reasons set forth above, the Motion to Compel should be denied and Plaintiff should be ordered to pay Defendant's reasonable costs and attorneys' fees for opposing this motion.

Respectfully submitted,

INOTEK PHARMACEUTICALS CORPORATION

By its attorneys,

/s/ Anne M. Gaeta

Wilfred J. Benoit, Jr. (BBO No. 126320)
Anne M. Gaeta (BBO No. 643299)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Tel:  (617) 570-1000

Dated:  December 7, 2005

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUDIF GLIK, ADMINISTRATOR,<br><br>        Plaintiff,<br><br>v.<br><br>INOTEK CORPORATION,<br><br>        Defendant. | Civil Action No. 05-10360-GAO |

### AFFIDAVIT OF WILFRED J. BENOIT, JR.

I make this affidavit in support of Defendant's Opposition to Plaintiff's Motion to Compel. I have personal and first-hand knowledge of the matters described herein.

1. On July 29, 2005, Defendant served Plaintiff with its initial discovery disclosures.

2. Plaintiff has not served Defendant with her initial discovery disclosures.

3. Plaintiff sent Defendant her First Request for Production of Documents by regular mail on November 9, 2005.

4. On November 18, 2005, I sent a letter to Plaintiff's counsel concerning Plaintiff's First Request for Production of Documents. Plaintiff never responded to my letter either orally or in writing. To my knowledge, Plaintiff made no effort to contact me prior to filing a Motion to Compel on November 23, 2005.

Signed under the penalties of perjury, this 7th day of December, 2005.

/s/ Wilfred J. Benoit, Jr.
_____
Wilfred J. Benoit, Jr.

LIBB/1389612.1