UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUDIF GLIK, ADMINISTRATOR,<br><br>        Plaintiff,<br><br>v.<br><br>INOTEK CORPORATION,<br><br>        Defendant. | Civil Action No. 05-10360-GAO |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Christopher B. Kaczmarek on behalf of Defendant Inotek Corporation in the above-referenced matter.

Respectfully submitted,

/s/ Christopher B. Kaczmarek
Christopher B. Kaczmarek (BBO No. 647085)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

Dated: January 27, 2006

LIBB/1388401.1
Firmwide:80774896.1 800000.3500