UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10360-GAO

YUDIF GLIK, )
    Plaintiff individually and )
    As Admin. Of Estate of )
    Michael Glik )
)
v. )
)
INOTEK PHARMACEUTICALS )
CORPORATION, )
    Defendant. )
)

## PLAINTIFF'S AUTOMATIC DISCLOSURES UNDER RULE 26 A(1)

### Parties

1. The plaintiff, Yudif Glik, 76 Gardner Street, Lynn, MA is the administrator of the Estate of Michael Glik, M.D. and she sues individually. Michael Glick was a medical doctor in the former Soviet Union.

2. The defendant, Inotek Corporation, is a duly incorporated major pharmaceutical corporation, with a principal place of business in 100 Cummings Center, Beverly, Massachusetts; and the corporation's officers will be witnesses as the fiduciary for its pension, health and welfare plans for its employees.

### Documents

1. The handbook of the employer in effect at the time of the plaintiff's employment was the same as that produced by the defendant.

1

2. Plaintiffs long-term disability (LTD) benefits under the employer's handbook under the group plan are documents pertinent to the case and have been offered for production without production as of yet. See Handbook Policy No 13.5, 2.0.

3. The LTD policy with the insurer UNUM and the UNUM documents are pertinent and though requested by the plaintiff they have not been produced by defendant.

Robert O. Berger (BBO No. 038900)
11 Beacon Street, Suite 1210
Boston, MA 02108
(617) 423 -7575 Tel
(617) 275-8000 Fax
Attorney for Plaintiff

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/1/17

2