UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| YUDIF GLIK,<br>    Plaintiff,<br><br>v.<br><br>INOTEK PHARMACEUTICALS<br>CORPORATION,<br>    Defendant. | CIVIL ACTION NO.: 05-10360-GAO |

## STATUS REPORT

The plaintiff's counsel has received positive results on the test and is cleared for work.

Respectfully submitted,

Date: February 27, 2006            /s/ Robert O. Berger
                                   Robert O. Berger (BBO #: 038900)
                                   11 Beacon Street, Suite 1210
                                   Boston, MA 02108
                                   (617) 423-7575 Tel
                                   Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that I served the above document to defendant's attorney by electronic transmission and first class mail.

Date: February 27, 2006            /s/ Robert O. Berger
                                   Robert O. Berger (BBO #: 038900)