UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUDIF GLIK, ADMINISTRATOR,<br><br>                Plaintiff,<br><br>v.<br><br>INOTEK PHARMACEUTICALS CORPORATION,<br><br>                Defendant. | Civil Action No.  05-10360-GAO |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Inotek Pharmaceuticals Corporation moves for summary judgment on all counts of Plaintiff's Amended Complaint and Demand for Jury Trial in this matter.  As grounds for this motion, Defendant submits herewith a Local Rule 56.1 Statement of Undisputed Material Facts and a Memorandum of Law.

## REQUEST FOR ORAL ARGUMENT

Defendant requests oral argument on this Motion pursuant to Local Rule 7.1(D).

Respectfully submitted,

INOTEK PHARMACEUTICALS
CORPORATION

By its attorneys,

/s/ Wilfred J. Benoit, Jr.
Wilfred J. Benoit, Jr. (BBO No. 037900)
Anne M. Gaeta (BBO No. 643299)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated:  August 30, 2006

LIBB/1420128.1

LOCAL RULE 7.1(A)(2) CERTIFICATE

      Pursuant to Local Rule 7.1(A)(2), I, Wilfred J. Benoit, Jr., counsel for Defendant, hereby certify that on August 29, 2006, I conferred with Plaintiff's counsel in a good faith effort to resolve or narrow the issues set forth in the foregoing motion and report that no resolution on these matters was reached.

      /s/Wilfred J. Benoit, Jr.
      Wilfred J. Benoit, Jr.

Dated: August 30, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 30, 2006.

      /s/ Wilfred J. Benoit, Jr.
      Wilfred J. Benoit, Jr.