UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUDIF GLIK, ADMINISTRATOR,<br><br>         Plaintiff,<br><br>v.<br><br>INOTEK PHARMACEUTICALS<br>CORPORATION,<br><br>         Defendant. | Civil Action No.  05-10360-GAO |

## MOTION TO STRIKE OBJECTIONABLE PORTIONS OF THE AFFIDAVIT OF YUDIF GLIK

Pursuant to Fed. R. Civ. P. 56(e), Defendant Inotek Pharmaceuticals Corporation ("Inotek" ) moves to strike objectionable paragraphs of the affidavit of Yudif Glik ("Plaintiff's Affidavit") (Doc. 30), submitted by the Plaintiff with her Memorandum in Opposition to Inotek's Motion for Summary Judgment.  A number of paragraphs of Plaintiff's Affidavit are objectionable because (1) they are not based on personal knowledge; and/or (2) the affiant is not competent to testify about the matters in those paragraphs; and/or (3) they do not set forth admissible testimony.  Further, Inotek moves to strike any reference to documents in Plaintiff's Affidavit because either (1) the document is not attached to the affidavit or (2) if attached, the affidavit misrepresents statements in the document.

For the above reasons, this Court should strike paragraphs 10, 11, 14, 16, 18, 19, and 20 of Plaintiff's Affidavit.

Respectfully submitted,

INOTEK PHARMACEUTICALS
CORPORATION

By its attorneys,

/s/ Wilfred J. Benoit, Jr.
Wilfred J. Benoit, Jr. (BBO No. 037900)
Anne M. Gaeta (BBO No. 643299)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: October 13, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), I, Wilfred J. Benoit, Jr. , counsel for Defendant, hereby certify that on October 12, 2006, counsel for Inotek conferred with Plaintiff's counsel in a good faith effort to resolve or narrow the issues set forth in the foregoing motion and report that no resolution on these matters was reached.

/s/Wilfred J. Benoit, Jr.
Wilfred J. Benoit, Jr.

Dated: October 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 13, 2006.

/s/ Wilfred J. Benoit, Jr.
Wilfred J. Benoit, Jr.

2