UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YUDIF GLIK
            Plaintiff(s)

v.                                                    CIVIL ACTION NO.  05-10360-GAO

INOTEK PHARMACEUTICALS CORPORATION
            Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE                              , D.J.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Opinion and Order, dated September 27, 2007, the defendant's motion for summary judgment (dkt. No. 26) is GRANTED.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 9/27/07                                        By   Paul S. Lyness
                                                               Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)