UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USDC Docket Number : 05-cv-10360

Yudif Glik

v.

Inotek Pharmaceuticals Corporation

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-41

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/28/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 5, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __10/5/07__.

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10360-GAO
Internal Use Only

| | |
|---|---|
| Glik v. Inotek Pharmaceuticals Corporation | Date Filed: 02/24/2005 |
| Assigned to: Judge George A. O'Toole, Jr | Date Terminated: 09/27/2007 |
| Case in other court: Essex Superior Court, CV-04-02199-B | Jury Demand: Both |
| Cause: 29:1001 E.R.I.S.A.: Employee Retirement | Nature of Suit: 791 Labor: E.R.I.S.A. |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Yudif Glik**　　　　　　　　　　　　　　　represented by **Robert O. Berger, III**
*Plaintiff individually and as Administrator*　　　　　　　　　　Law Office of Robert O. Berger
*of Estate of Michael Glick*　　　　　　　　　　　　　　　11 Beacon Street
　　　　　　　　　　　　　　　　　　　　　　　　　Suite 1210
　　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　　　　　　617-423-7575
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 617-275-8000
　　　　　　　　　　　　　　　　　　　　　　　　　Email: rberger.esq@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Inotek Pharmaceuticals Corporation**　　　represented by **Christopher B Kaczmarek**
　　　　　　　　　　　　　　　　　　　　　　　　　Littler Mendelson
　　　　　　　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　　　　　　　Suite 2700
　　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　　　　　617-378-6016
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 617-507-8046
　　　　　　　　　　　　　　　　　　　　　　　　　Email: ckaczmarek@littler.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

　　　　　　　　　　　　　　　　　　　　　　　　　**Wilfred J. Benoit, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　Goodwin Procter LLP
　　　　　　　　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　　　　617-570-1155
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 617-227-8591
　　　　　　　　　　　　　　　　　　　　　　　　　Email: wbenoit@goodwinprocter.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　**Anne M. Gaeta**
　　　　　　　　　　　　　　　　　　　　　　　　　Goodwin Procter, LLP

Exchange Place
53 State Street
Boston, MA 02109
617-570-8379
Fax: 617-523-1231
Email: agaeta@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Mediator**

**Magistrate Judge Charles B. Swartwood**

*TERMINATED: 10/14/2005*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2005 | 1 | NOTICE OF REMOVAL by Inotek Corporation from Essex Superior Court, case number 04-02199-B. $ 250, receipt number 62313, filed by Inotek Corporation. (Attachments: # 1 Exhibit A)(Edge, Eugenia) Additional attachment(s) added on 2/28/2005 (Edge, Eugenia). (Entered: 02/28/2005) |
| 02/24/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Edge, Eugenia) (Entered: 02/28/2005) |
| 02/24/2005 | 2 | CORPORATE DISCLOSURE STATEMENT by Inotek Corporation. c/s (Edge, Eugenia) (Entered: 02/28/2005) |
| 03/04/2005 | 3 | ANSWER and Affirmative Defenses to Complaint by Inotek Pharmaceuticals Corporation. c/s(Edge, Eugenia) (Entered: 03/04/2005) |
| 03/10/2005 | 4 | NOTICE by Inotek Pharmaceuticals Corporation re 1 Notice of Removal, *Notice Of Filing Certified Copies Of State Court Proceedings* (Kaczmarek, Christopher) Additional attachment(s) added on 3/14/2005 (Edge, Eugenia). (Entered: 03/10/2005) |
| 05/24/2005 | 5 | NOTICE of Scheduling Conference Scheduling Conference set for 8/3/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 05/25/2005) |
| 07/07/2005 | 6 | Letter requesting case be referred to mediation program from Robert O. Berger, Esq. (Edge, Eugenia) (Entered: 07/07/2005) |
| 07/21/2005 | 7 | JOINT STATEMENT of counsel. (Edge, Eugenia) (Entered: 07/25/2005) |
| 07/21/2005 | 8 | CERTIFICATE OF CONSULTATION by Christopher B Kaczmarek on behalf of Inotek Pharmaceuticals Corporation. c/s (Edge, Eugenia) (Entered: 07/25/2005) |
| 07/29/2005 | 9 | CERTIFICATE of Compliance pursuant to Local Rule 15.1(b) by Yudif Glik. (Berger, Robert) (Entered: 07/29/2005) |
| 08/01/2005 | 10 | REFERRING CASE to Alternative Dispute Resolution.(Lyness, Paul) (Entered: 08/01/2005) |
| 08/04/2005 | 11 | Revised CERTIFICATION pursuant to Local Rule 16.1 by Inotek Pharmaceuticals Corporation. c/s(Edge, Eugenia) (Entered: 08/04/2005) |

| | | |
|---|---|---|
| 08/17/2005 | | Electronic Notice of assignment to ADR Provider. Chief Magistrate Judge Charles B. Swartwood appointed. The Court will contact counsel with regard to scheduling.(Tyler, Rebecca) (Entered: 08/17/2005) |
| 09/13/2005 | | NOTICE of ADR Conference; Alternative Dispute Resolution Hearing set for 10/14/2005 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT. cc/cl(Roland, Lisa) (Entered: 09/13/2005) |
| 10/14/2005 | 12 | REPORT of Alternative Dispute Resolution Provider. This case should be restored to your trial list. (Jones, Sherry) (Entered: 10/24/2005) |
| 11/02/2005 | 13 | MOTION to Amend *Complaint* by Yudif Glik.(Berger, Robert) (Entered: 11/02/2005) |
| 11/02/2005 | 14 | MEMORANDUM in Support re 13 MOTION to Amend *Complaint* filed by Yudif Glik. (Berger, Robert) (Entered: 11/02/2005) |
| 11/02/2005 | 15 | AMENDED COMPLAINT against Inotek Pharmaceuticals Corporation, filed by Yudif Glik.(Berger, Robert) (Entered: 11/02/2005) |
| 11/04/2005 | | NOTICE of Hearing: Status Conference set for 11/21/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 11/04/2005) |
| 11/09/2005 | 16 | STATEMENT OF COUNSEL *Rule 7.1 Certificate* by Yudif Glik. (Berger, Robert) (Entered: 11/09/2005) |
| 11/14/2005 | 17 | Assented to MOTION to Continue Status Conference scheduled for 2:00 p.m. on November 21, 2005 to December 6, 2005, December 12, 2005 or December 20, 2005 by Inotek Pharmaceuticals Corporation.(Benoit, Wilfred) (Entered: 11/14/2005) |
| 11/15/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 17 Motion to Continue Status Conference set for 12/12/2005 02:15 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 11/15/2005) |
| 11/23/2005 | 18 | First MOTION to Compel *the Production of the First Request for the Production of Documents* by Yudif Glik. (Attachments: # 1 Exhibit)(Berger, Robert) (Entered: 11/23/2005) |
| 12/02/2005 | 19 | NOTICE of Appearance by Anne M. Gaeta on behalf of Inotek Pharmaceuticals Corporation (Gaeta, Anne) (Entered: 12/02/2005) |
| 12/02/2005 | 20 | NOTICE by Inotek Pharmaceuticals Corporation *(Notice of Withdrawal Of Appearance Of Christopher B. Kaczmarek)* (Benoit, Wilfred) (Entered: 12/02/2005) |
| 12/07/2005 | | Set/Reset Hearings: Status Conference set for 1/23/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 12/07/2005) |
| 12/07/2005 | 21 | Opposition re 18 First MOTION to Compel *the Production of the First Request for the Production of Documents (Defendant's Opposition To Plaintiff's Motion To Compel)* filed by Inotek Pharmaceuticals Corporation. (Attachments: # 1 Exhibit 1 - Affidavit of Wilfred J. Benoit, Jr.)(Gaeta, Anne) (Entered: |

| | | |
|---|---|---|
| | | 12/07/2005) |
| 01/04/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 13 Motion to Amend. See entry # 15 for Amended Complaint. (Edge, Eugenia) (Entered: 01/04/2006) |
| 01/17/2006 | 22 | ANSWER to Amended Complaint *(Answer and Affirmative Defenses of Defendant Inotek Pharmaceuticals Corporation)* by Inotek Pharmaceuticals Corporation.(Gaeta, Anne) (Entered: 01/17/2006) |
| 01/23/2006 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Status Conference held on 1/23/2006, Plaintiff to file a written report on status of counsel by 3/31/06. Discovery is to be stayed. Plaintiff's motion to compel 18 DENIED. Motions terminated: 18 First MOTION to Compel *the Production of the First Request for the Production of Documents* filed by Yudif Glik,. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 01/23/2006) |
| 01/27/2006 | 23 | NOTICE of Withdrawal of Appearance by Christopher B Kaczmarek (Kaczmarek, Christopher) (Entered: 01/27/2006) |
| 02/07/2006 | 24 | Document disclosure: Plaintiff's Automatice Disclosures Under Rule 26 A(1) by Yudif Glik. c/s(Edge, Eugenia) (Entered: 02/10/2006) |
| 02/27/2006 | 25 | STATUS REPORT *w/ Certificate of Service* by Yudif Glik. (Berger, Robert) (Entered: 02/27/2006) |
| 03/01/2006 | | NOTICE of Hearing: Status Conference set for 3/28/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 03/01/2006) |
| 03/28/2006 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Status Conference held on 3/28/2006. Plaintiff's response to requests due by 4/28/06 Discovery to be completed by 6/30/2006. Dispositive motions to be filed by 8/30/06; Any oppositions to be filed by 9/30/06; Reply shall be filed by 10/14/06.(Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 03/28/2006) |
| 08/30/2006 | 26 | MOTION for Summary Judgment by Inotek Pharmaceuticals Corporation. (Benoit, Wilfred) (Entered: 08/30/2006) |
| 08/30/2006 | 27 | MEMORANDUM in Support re 26 MOTION for Summary Judgment filed by Inotek Pharmaceuticals Corporation. (Attachments: # 1 Compendium of Unpublished Authority in Support of Defendant Inotek Pharmaceuticals Corporation's Motion for Summary Judgment# 2 Exhibit A# 3 Exhibit B# 4 Errata C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H) (Benoit, Wilfred) (Entered: 08/30/2006) |
| 08/30/2006 | 28 | STATEMENT of Undisputed facts re 26 MOTION for Summary Judgment. (Attachments: # 1 Appendix of Exhibits# 2 Exhibit 1# 3 Exhibit 2--Part 1# 4 Exhibit 2--Part 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6)(Benoit, Wilfred) Modified on 8/31/2006 (Edge, Eugenia). (Entered: 08/30/2006) |
| 09/28/2006 | 29 | RESPONSE to 28 Undisputed Material Facts filed by Yudif Glik. (Berger, Robert) Modified on 9/29/2006 (Edge, Eugenia). (Entered: 09/28/2006) |
| 09/28/2006 | 30 | AFFIDAVIT of Yudiff Glik by Yudif Glik. (Berger, Robert) (Entered: 09/28/2006) |

| 09/28/2006 | 31 | Opposition re 26 MOTION for Summary Judgment filed by Yudif Glik. (Berger, Robert) (Entered: 09/28/2006) |
|---|---|---|
| 10/13/2006 | 32 | REPLY to Response to Motion re 26 MOTION for Summary Judgment ; *Defendant's Reply Brief* filed by Inotek Pharmaceuticals Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Benoit, Wilfred) (Entered: 10/13/2006) |
| 10/13/2006 | 33 | MOTION to Strike 30 Affidavit *(objectional portions thereof)* by Inotek Pharmaceuticals Corporation.(Benoit, Wilfred) (Entered: 10/13/2006) |
| 10/13/2006 | 34 | MEMORANDUM in Support re 33 MOTION to Strike 30 Affidavit *(objectional portions thereof)* filed by Inotek Pharmaceuticals Corporation. (Benoit, Wilfred) (Entered: 10/13/2006) |
| 10/25/2006 | 35 | **See notice of correction dated 10/27/06** This motion has been terminated** MOTION to Strike *affidavit of yudif glik* by Yudif Glik.(Berger, Robert) Modified on 10/27/2006 (Edge, Eugenia). (Entered: 10/25/2006) |
| 10/25/2006 | 36 | Opposition re 33 MOTION to Strike 30 Affidavit *(objectional portions thereof)* filed by Yudif Glik. (Edge, Eugenia) (Entered: 10/27/2006) |
| 10/27/2006 |  | Notice of correction to docket made by Court staff. Correction: Entry #35 filed as Motion to Strike corrected because: it's an Opposition to #33 and should have been filed as Opposition. **Redocketed and assigned #36** (Edge, Eugenia) Modified on 11/9/2006 (Edge, Eugenia). (Entered: 10/27/2006) |
| 11/13/2006 | 37 | SUR-REPLY to Motion re 33 MOTION to Strike 30 Affidavit *(objectional portions thereof) to Motion for Summary Judgment Reply Brief* filed by Yudif Glik. (Berger, Robert) Additional attachment(s) added on 11/15/2006 (Edge, Eugenia). (Entered: 11/13/2006) |
| 11/17/2006 | 38 | MOTION to Strike *incomplete handbook exhibit of corporate defednat intok pharmaceuticals corporation* by Yudif Glik.(Berger, Robert) (Entered: 11/17/2006) |
| 09/27/2007 | 39 | Judge George A. O'Toole Jr.: OPINION AND ORDER entered granting in part and denying in part 33 Motion to Strike ; denying 38 Motion to Strike ; granting 26 Motion for Summary Judgment. Judgment shall enter in favor of the defendant as to all claims. (Lyness, Paul) Modified on 9/27/2007 (Lyness, Paul). (Entered: 09/27/2007) |
| 09/27/2007 | 40 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT in favor of Defendant against Plaintiff(Lyness, Paul) (Entered: 09/27/2007) |
| 09/28/2007 | 41 | NOTICE OF APPEAL by Yudif Glik Filing fee $ 455, receipt number 1684478 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 10/18/2007. (Berger, Robert) (Entered: 09/28/2007) |
| 10/04/2007 |  | (Court only) ***Staff notes: Case compiled and forwarded to J. Ramos (Edge, Eugenia) (Entered: 10/04/2007) |