UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10360-GAO

| | |
|---|---|
| YUDIF GLIK,<br>    Plaintiff individually and<br>    As Admin. Of Estate of<br>    Michael Glik<br><br>v.<br><br>INOTEK PHARMACEUTICALS<br>CORPORATION,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF APPEAL**

**Yudif Glik, the Plaintiff, withdraws the appeals the order of entry of judgment entered in favor of the Defendant, Inotek Pharmaceuticals Corporation, on September 27, 2007 for errors of law.**

s/ Robert O Berger
_____
Robert O. Berger (BBO No. 038900)
11 Beacon Street, Suite 1210
Boston, MA 02108
(617) 423 -7575 Tel
(617) 275-8000 Fax
Attorney for Plaintiff

1