*J. O'Toole*
*CA: 05-10360*

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2545

YUDIF GLIK, Plaintiff individually and as Administrator of Estate of Michael Glik,

Plaintiff - Appellant,

v.

INOTEK PHARMACEUTICALS CORPORATION,

Defendant - Appellee.

**JUDGMENT**

Entered: November 13, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By_____
Appeals Attorney.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: NOV 13 2007

[cc: Mr. Berger, Mr. Kaczmarek, Mr. Benoit and Ms. Gaeta]